UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JEREMY HUNTER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Defendant. | CASE NO. 1:19-CV-00557-LMB-IDD<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Jeremy Hunter files this Notice of Voluntary Dismissal of his claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Notice of Voluntary Dismissal is being filed with the Court before the service by Defendant of either an answer or motion for summary judgment.

Dated: June 7, 2019

Respectfully submitted,

**MURPHY, FALCON & MURPHY**

s/ *John G. Harnishfiger*
John G. Harnishfeger (Virginia Bar No. 36878)
Attorney for Plaintiff
One South Street, 23rd Floor
Baltimore, MD 21202
T: 410-951-8744
F: 410-539-6599
John.harnishfeger@murphyfalcon.com

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**

/s/ *John A. Yanchunis*

1

        John A. Yanchunis (admitted *pro hac vice*)
        Jonathan B. Cohen (admitted *pro hac vice*)
        201 N. Franklin St., 7th Floor
        Tampa, FL 33602
        Telephone: (813) 223-5505
        Facsimile: (813) 222-2434
        jyanchunis@forthepeople.com
        jcohen@forthepeople.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, the foregoing document was filed with the Clerk by using the CM/ECF system, which will send notification to all attorneys of record in this matter.

Lisa Simonetti
Greenberg Traurig, LLP
1840 Century Park East
Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7824 | F +1 310.586.7800
simonettil@gtlaw.com

        *s/ John G. Harnishfiger*
        John G. Harnishfeger (Virginia Bar No. 36878)