UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JEREMY HUNTER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>        Defendant. | CASE NO. 1:19-CV-00557-LMB-IDD<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Jeremy Hunter files this Notice of Voluntary Dismissal of his claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Notice of Voluntary Dismissal is being filed with the Court before the service by Defendant of either an answer or motion for summary judgment.

Dated: June 7, 2019

Respectfully submitted,

**MURPHY, FALCON & MURPHY**

s/ *John G. Harnishfeger*
John G. Harnishfeger (Virginia Bar No. 36878)
Attorney for Plaintiff
One South Street, 23rd Floor
Baltimore, MD 21202
T: 410-951-8744
F: 410-539-6599
John.harnishfeger@murphyfalcon.com

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

/s/ *John A. Yanchunis*

1

So Ordered
/s/ *LMB*
Leonie M. Brinkema
United States District Judge
6/7/19